IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY L. KENDALL, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW M. SAUL, Commissioner of Social Security; <br><br> Defendant. | **8:20CV517** <br><br> **ORDER** |

This matter is before the Court on the defendant's unopposed motion for an extension of time, Filing No. 9. Defendant requests an extension of time to file its responsive pleading and the administrative record due the a back loglog in compiling Social Security Administrative Records. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The defendant's unopposed motion for an extension of time (Filing No. 9) is granted.
2. The defendant shall file its responsive pleading and the administrative record on or before July 21, 2021.

Dated this 21st day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge