IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TROY L. KENDALL,<br><br>           Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | 8:20CV517<br><br>SUPPLEMENTAL ORDER |

This matter is before the Court on the Plaintiff's motion for filing fees in the amount of $402. Filing No. 23. There is no objection by the defendant. Filing No. 25. A previous order, Filing No. 27, addressed the rest of the plaintiff's requests as set forth in Filing No. 23.

Therefore, the Court grant's Plaintiff's motion for filing fees. The Social Security Administration is ordered to pay the amount of $402 in costs. Such amount shall be delivered to Kappelman Law Firm. The remaining findings in the Court's Order, Filing No. 27, still stand.

Dated this 4th day of October, 2022.

                                                      BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge